UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JAMES M. BOONE, ESQ., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:12-CV-193 |
| | ) | (VARLAN/GUYTON) |
| SAM PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on March 7, 2013 [Doc. 20]. In the R&R, Magistrate Judge Guyton recommended that the Court grant defendant's motions for sanctions [Doc. 13] and dismiss plaintiff's complaint without prejudice pursuant to Rule 37 of the Federal Rules of Civil Procedure. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 20], defendant's motion for sanctions [Doc. 13] is **GRANTED**, and plaintiff's claims against defendant

are hereby **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE